**John M. PERZEL, Speaker of the Pennsylvania House of Representatives, and Samuel H. Smith, Majority Leader of the Pennsylvania House of Representatives, Petitioners,**

v.

**Pedro A. CORTES, Secretary of the Commonwealth of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Dec. 20, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of December, 2004, the Application for Expedited Extraordinary Relief is hereby **GRANTED.**

The Secretary of the Commonwealth is ordered to carry out the directives of the Writ issued December 9, 2004 regarding a

special election to fill the vacancy in the 189th legislative district.

Opinion to follow.